UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**HONORABLE JANIS L. SAMMARTINO**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>GREG CORTEZ,<br><br>　　　　　　　Defendant. | CASE NO.:  21CR3541-JLS<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING |

Pursuant to the joint motion, **IT IS HEREBY ORDERED** that the Motion Hearing/Trial Setting currently set for February 4, 2022 at 1:30 p.m. be continued to March 4, 2022 at 1:30 p.m.  For the reasons set forth in the joint motion, the court finds that time is excluded in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(A).

**SO ORDERED.**

Dated:  January 27, 2022

　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　United States District Judge

21CR3541-JLS